JOHN M. WELLS *v.* LIQUOR CONTROL COMMISSION

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Stephen J. O'Neill,* assistant attorney general, for the appellee (defendant).

Argued March 4—decided March 4, 1969

GLORIA SLEEPER ET AL. *v.* AUDREY S. BAINES ET AL.

The motion by the defendant Vanna B. McMullin to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Richard J. Joseph,* for the appellee (defendant Vanna B. McMullin).

*F. Mac Buckley,* for the appellants (plaintiffs).

Argued March 4—decided March 5, 1969

GUALTIERI AND JOHNSON CONSTRUCTION COMPANY, INC. *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FARMINGTON

The motion by the defendant to have the judgment of the Court of Common Pleas in Hartford County set aside, and the appeal from the defendant's decision dismissed, is denied.

*Palmer S. McGee, Jr.,* for the appellant (defendant).